## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

KENDRICK E. DULDULAO,

    Plaintiff,

v.                                    CASE NO: 8:11-cv-1431-T-26EAJ

EULOGIA RESTAURANT REG INC.,
*etc., et al.,*

    Defendants.
_____/

## **O R D E R**

Plaintiff, having failed to comply with this Court's order entered November 8, 2011, at docket 7, directing him to serve Defendant Miller on or before November 17, 2011, and to file proof of such service with the Clerk of Court on or before the same date, failing which the case as to that Defendant would be dismissed without further notice and without prejudice pursuant to Rule 4(m) of the Federal Rules of Civil Procedure, it is, therefore, **ORDERED AND ADJUDGED** that the case as to Defendant Miller is **dismissed without prejudice**.  The other Defendant having been previously dismissed without prejudice from this case pursuant to Local Rule 1.07(b), it is further **ORDERED AND ADJUDGED** that the clerk is directed to **CLOSE** this case.

**DONE AND ORDERED** at Tampa, Florida, on November 21, 2011.

    s/*Richard A. Lazzara*
**RICHARD A. LAZZARA**
**UNITED STATES DISTRICT JUDGE**

<u>**COPIES FURNISHED TO**</u>:
Counsel of Record